BEFORE THE FIRST DIVISION, JANUARY 21, 1965

No. 69024.—S. Frieder & Sons Co. v. United States, protest 64/14158 (Philadelphia).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of scrap tobacco, the claim of the plaintiff was sustained.